# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.  24-6490,  <u>Mandriez Spivey v. Michael Breckon</u>
              7:20-cv-00400-MFU-JCH

TO:   Mandriez Spivey

REQUESTED FORM DUE:  June 13, 2024

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice or at the court's Web site.

---

[✓] [Docketing statement - Criminal](#) or [Docketing statement - Civil or Agency](#)

Paige L. Ballard, Deputy Clerk
804-916-2702