FILED: April 20, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-6490
(7:20-cv-00400-MFU-JCH)

_____

MANDRIEZ SPIVEY

        Plaintiff - Appellant

v.

MICHAEL BRECKON, Warden of USP Lee; JAMES PHELPS, Captain, USP Lee; JAMES BOWLES, Lieutenant, USP Lee; PHILLIP MULLINS; WILLIAM CANTRELL; NANCY SMITH; WANDA MCINTYRE; KAREN PEASE; THOMAS KIRBY; JESSICA BABNEW; LAUREN BAILEY; TANYA CUNIC; MARK MOORE

        Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK