**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| MANDRIEZ SPIVEY, | |
| Plaintiff-Appellant, | Case No. 24-6490 |
| v. | |
| | On Appeal from the United States District Court for the Western District of Virginia No. 7:20-cv-00400-MFU-JCH |
| MICHAEL BRECKON, et al., | |
| Defendants-Appellees. | |

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF-APPELLANT MANDRIEZ SPIVEY**

Pursuant to Local Rule 46(c), counsel Devi M. Rao of the Roderick & Solange MacArthur Justice Center (MJC), Wynne Graham of All Rise Trial & Appellate (All Rise), and D Dangaran and Samuel Weiss of Rights Behind Bars (RBB) respectfully request to withdraw as counsel for Plaintiff-Appellant Mandriez Spivey. In support of this motion, counsel state the following:

1. MJC, All Rise, and RBB are non-profit organizations dedicated to representing underserved populations in civil rights cases

such as this one. The undersigned counsel's practices are limited principally to appeals.

2.      Counsel's representation of Plaintiff-Appellant was limited to appealing the district court's decision to this Court. With the panel's decision in this case now issued, counsel's representation is concluded. Counsel are unable to represent Plaintiff-Appellant in further proceedings in this case, including seeking rehearing of the panel's decision. Counsel informed Plaintiff-Appellant of such.

3.      Plaintiff-Appellant has notified counsel that he may wish to pursue a petition for rehearing and/or rehearing en banc. Counsel for Plaintiff-Appellant respectfully request to withdraw as counsel to allow him to do so *pro se*. Counsel have notified Plaintiff-Appellant of their intention to file this motion.

WHEREFORE, counsel respectfully request to withdraw as counsel for Plaintiff-Appellant.

Dated: May 26, 2026                    Respectfully Submitted,

*s/ Devi M. Rao*
Devi M. Rao
RODERICK & SOLANGE
  MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3490
devi.rao@macarthurjustice.org

Wynne Graham
ALL RISE TRIAL & APPELLATE
P. O. Box 15216
Philadelphia, PA 19125
(240) 281-5385
wynnemg@allriselaw.org

D Dangaran
Samuel Weiss
RIGHTS BEHIND BARS
1800 M St. NW
Fnt. 1, No. 33821
Washington, DC 20033
(202) 455-4399
d@rightsbehindbars.org
sam@rightsbehindbars.org

*Counsel for Plaintiff-Appellant*
*Mandriez Spivey*

## CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 208 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word Century Schoolbook 14-point font.

Dated: May 26, 2026                      */s/ Devi M. Rao*
                                         Devi M. Rao

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: May 26, 2026

*s/ Devi M. Rao*
Devi M. Rao