FILED:  May 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6490
(7:20-cv-00400-MFU-JCH)

_____

MANDRIEZ SPIVEY

        Plaintiff - Appellant

v.

MICHAEL BRECKON, Warden of USP Lee; JAMES PHELPS, Captain, USP
Lee; JAMES BOWLES, Lieutenant, USP Lee; PHILLIP MULLINS; WILLIAM
CANTRELL; NANCY SMITH; WANDA MCINTYRE; KAREN PEASE;
THOMAS KIRBY; JESSICA BABNEW; LAUREN BAILEY; TANYA CUNIC;
MARK MOORE

        Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk